DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUANTS CORPORATION, QUANTSPLUS, LLC and GOKHAN KISACIKOGLU,**
Appellant,

v.

**TCA GLOBAL CREDIT MASTER FUND, L.P.,**
Appellee.

No. 4D19-3068

[March 26, 2020]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 16-022449.

Galen J. Criscione of Criscione Ravala, LLP, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***